**United States District Court**

For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

IN RE: DENNIS K BRANDMAN,

ATTICUS SHARP,                                             No. C 05-02010 JSW

       Appellant,

  v.                                                           **ORDER TO SHOW CAUSE WHY**
                                                             **MATTER SHOULD NOT BE**
DENNIS K. BRANDMAN and JUDITH               **DEEMED SUBMITTED**
BRANDMAN,

      Appellees.

_____/

On May 16, 2005, Appellant Atticus Sharp ("Sharp") filed a Notice of Appeal from a Bankruptcy Court decision. On June 17, 2005, Sharp filed and served his opening brief in this matter.

Pursuant to the Notice of Briefing dated May 18, 2005, Appellees' responsive brief was due twenty days after service of Sharp's brief, or July 7, 2005. Appellees have not filed any such brief.

Accordingly, Appellees are HEREBY ORDERED TO SHOW CAUSE why this matter should not be deemed submitted. Appellee's written response to this Order to Show Cause shall be due on January 27, 2006, and must include the reasons for their failure to timely respond to Appellant's brief. If the Court does not receive such a response by that date, the Court will decide the matter on the basis of Sharp's opening brief.

**United States District Court**

For the Northern District of California

1      It is FURTHER ORDERED that Sharp serve a copy of this Order on Appellees, and the

2    Order should be served by no later than January 4, 2006.

3       **IT IS SO ORDERED.**

4

5    Dated:  December 22, 2005

6                        JEFFREY S. WHITE
                              UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28