IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DENNIS K BRANDMAN,<br><br>ATTICUS SHARP,<br><br>      Appellant,<br><br>  v.<br><br>DENNIS K. BRANDMAN and JUDITH BRANDMAN,<br><br>      Appellees.<br>_____/ | No. C 05-02010 JSW<br><br>**SECOND ORDER TO SHOW CAUSE** |

       On May 16, 2005, Appellant Atticus Sharp ("Sharp") filed a Notice of Appeal from a Bankruptcy Court decision. On June 17, 2005, Sharp filed and served his opening brief in this matter. Pursuant to the Notice of Briefing dated May 18, 2005, Appellees' responsive brief was due twenty days after service of Sharp's brief, or July 7, 2005. Appellees have not filed any such brief.

       On December 22, 2005, the Court issued an Order to Show Cause directing the appellees to show cause why this matter should not be deemed submitted. Appellees were directed to file a written response to the Order to Show Cause by January 27, 2006, and were ordered to include the reasons for their failure to timely respond to Appellant's brief. The Court also stated that if the Court did not receive such a response by that date, the Court would decide the matter on the basis of Sharp's opening brief. Appellees have not filed a response to the Order to Show Cause, and it is not clear to the Court whether they were served with a copy of that Order in accordance

with the terms of the December 22, 2005 Order.

Since the issuance of the December 22, 2005 Order to Show Cause, a further issue has come to the Court's attention that may impact the disposition of this case. On or about October 18, 2005, the Court received in *In re Atticuss Charles Sharp*, No. SV-05-18196 MT a copy of a Notice of Filing of Chapter 7 Bankruptcy Proceeding, which indicates that Sharp filed a Chapter 7 Bankruptcy Petition in the United States Bankruptcy Court for the Central District of California. At the time the Court issued its December 22, 2005, order, the Court had not considered the possible implications of Sharp's own bankruptcy filing on his pending Bankruptcy Appeal.

Accordingly, Appellant is HEREBY ORDERED TO SHOW CAUSE in writing as to whether his Chapter 7 Bankruptcy filing would require a stay of the proceedings before this Court. Appellant's response shall be due on March 1, 2006.

Appellees are again ORDERED TO SHOW CAUSE why this matter should not be deemed submitted. Appellees' response also shall be on March 1, 2006, must include reasons for their failure to file a timely responsive brief, and may address the impact of Sharp's Chapter 7 Bankruptcy filing on the Court's ability to hear this appeal.

It is FURTHER ORDERED that Appellant is directed to serve a copy of this Order on Appellees by no later than February 24, 2006, and shall file a proof of service with the Court by February 27, 2006. If Appellant has not served a copy of the December 22, 2005 Order to Show Cause on Appellees they are directed to do so by the same date and to file proof of service accordingly.

The Clerk is directed to serve a copy of this Order on Appellant's counsel by United States mail.

**IT IS SO ORDERED.**

Dated: February 17, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE