**United States District Court**

For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ATTICUSS SHARP,

     APPELLANT,

   v.

DENNIS K. BRANDMAN, et al.,

     Appellees.

_____/

No. C 05-02010 JSW

**ORDER STAYING CASE AND
REQUIRING JOINT STATUS
REPORTS**

     The Court has received the parties' responses to the Second Order to Show Cause issued on February 17, 2006.  Having considered the parties' positions, this Court shall stay this matter pending further communication from the trustee in Appellant's bankruptcy proceeding.

     The parties shall submit joint status reports to the Court every 120 days until the stay is lifted.  Finally, the Court shall excuse Appellant's counsel's apparent failure to comply with the terms of the previous orders to show cause.  However, future failures by either party to comply with an Order of this Court may result in sanctions.

     **IT IS SO ORDERED.**

Dated: March 3, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE