**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: DENNIS K BRANDMAN, <br><br> ATTICUS SHARP, <br><br>　　　　Appellant, <br><br> v. <br><br> DENNIS K. BRANDMAN and JUDITH BRANDMAN, <br><br>　　　　Appellees. <br> _____/ | No. C 05-02010 JSW <br><br> **ORDER DIRECTING APPELLEES TO FILE A RESPONSIVE BRIEF** |

On June 28 and July 3, 2006, respectively, the Appellees Dennis Brandman and Judith Brandman ("Appellees") and Appellant Atticus Sharp ("Appellant") informed the Court that the automatic stay pursuant to 11 U.S.C. § 362(a) had been terminated and was no longer in effect.

On May 16, 2005, Appellant filed a Notice of Appeal from a Bankruptcy Court decision. On June 17, 2005, Appellant filed and served his opening brief in this matter. As of the date of this Order, Appellees had not filed their responsive brief. Appellees are hereby directed to respond to Appellant's brief by no later than September 25, 2006. If Appellees do not file a

///

///

///

///

responsive brief by this date, the Court will consider the matter submitted and decide it on the basis of Appellant's opening brief.

**IT IS SO ORDERED.**

Dated: September 5, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE