HENNEFER FINLEY & WOOD, LLP
JOSEPH WOOD  [California State Bar No. 103596]
425 California Street, Nineteenth Floor
San Francisco, California  94104
Telephone:    (415) 421-6100
Facsimile:    (415) 421-1815

Attorneys for Appellant, Unsecured Creditor Atticuss C. Sharp

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

In re DENNIS K. BRANDMAN                    Case No. CV-05-02010 JSW

                                            [Bankruptcy Case No. 04-12063]
_____/

**NOTICE OF WITHDRAWAL OF ATTORNEY**

_____

**[Proposed] ORDER PERMITTING WITHDRAWAL**

**NOTICE OF WITHDRAWAL OF ATTORNEY; [Proposed] ORDER PERMITTING WITHDRAWAL**
*In re Dennis K. Brandman*
**Case No. CV-05-02010 JSW**

TO THE COURT AND TO THE PARTIES IN THE ABOVE-NAMED ACTION

PLEASE TAKE NOTICE that Nina Anne M. Greeley, one of the attorneys representing appellant, unsecured creditor Atticuss C. Sharp, in this action, seeks to withdraw from that representation. As indicated below, Atticuss C. Sharp consents to Ms. Greeley's withdrawal. Joseph Wood and the firm of Hennefer Finely & Wood, LLP will continue to represent Mr. Sharp herein. Nina Anne M. Greeley respectfully requests that the court issue its order approving her withdrawal.

DATED: October 2, 2006  /s/ Nina Anne M. Greeley
Nina Anne M. Greeley

DATED: October 2, 2006  HENNEFER FINLEY & WOOD, LLP

/s/ Joseph Wood
Joseph Wood

Attorneys for Appellant, Unsecured Creditor Atticuss C. Sharp

I consent to Nina Anne M. Greeley's withdrawing from her representation of me in this action.

DATED: October 2, 2006  /s/ Atticuss C. Sharp
Atticuss C. Sharp

## [Proposed] ORDER PERMITTING WITHDRAWAL

Nina Anne M. Greeley is permitted to withdraw from her representation of appellant, unsecured creditor Atticuss C. Sharp, in this action.

DATED: ~~October~~ November 1 _____, 2006

_____
United States District Judge

**NOTICE OF WITHDRAWAL OF ATTORNEY; [Proposed] ORDER PERMITTING WITHDRAWAL**
*In re Dennis K. Brandman*
**Case No. CV-05-02010 JSW**

i